# EXHIBIT A

Patrick C. Gorman, Bar #028817
Kathryn L. Hunnicutt, Bar #036257
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1761
Fax: (602) 200-7872
dmyles@jshfirm.com
pgorman@jshfirm.com
khunnicutt@jshfirm.com
minuteentries@jshfirm.com

Defendant DG Retail, LLC

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| JULIA RUIZ, a married woman,<br><br>                              Plaintiff,<br><br>v.<br><br>DG RETAIL, LLC; JOHN and JANE DOES I-X; ABC Corporations, XYZ Partnerships,<br><br>                            Defendants. | NO. CV2022-090778<br><br>**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable Peter Thompson) |

Defendant DG Retail, LLC, by and through undersigned counsel, pursuant to 28 U.S.C. § 1441 et seq., hereby notifies this Court that it filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

10315929.1

DATED this 21st day of March, 2022.

JONES, SKELTON & HOCHULI P.L.C.

By /s/ Patrick C. Gorman
Patrick C. Gorman
Kathryn L. Hunnicutt
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Defendant DG Retail, LLC

ORIGINAL of the foregoing electronically filed this 21st day of March, 2022.

COPY of the foregoing mailed/e-mailed this 21st day of March, 2022, to:

Amara W. Edblad
Ashley A. Ploof
PINCUS & ASSOCIATES, P.C.
2133 E. Warner Road, Suite 101
Tempe, AZ 85284
AEdblad@theinjuryshield.com
APloof@theinjuryshield.com
Attorneys for Plaintiff

/s/ Nancy Rogitz

2

10315929.1

# EXHIBIT A

Patrick C. Gorman, Bar #028817
Kathryn L. Hunnicutt, Bar #036257
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1761
Fax: (602) 200-7872
dmyles@jshfirm.com
pgorman@jshfirm.com
khunnicutt@jshfirm.com

Defendant DG Retail, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Julia Ruiz, a married woman,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DG Retail, LLC; John and Jane Does I-X; ABC Corporations; XYZ Partnerships,<br><br>　　　　　　　　　　Defendants. | No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

　　　　Defendant DG Retail, LLC ("Defendant"), by and through undersigned counsel, hereby files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

　　　　1.　　A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit A.

　　　　2.　　On or about February 24, 2022, Plaintiff Julia Ruiz filed a Complaint against Defendant in the Maricopa County Superior Court under the caption "*Julia Ruiz v. DG Retail, LLC*," Case No. CV2022-090778. A copy of the state court pleadings is attached hereto as Exhibit B.

　　　　3.　　Defendant was served with the Summons and Complaint on or about March 1, 2022. A copy of the proof of service is attached as Exhibit C.

10315908.1

4. Defendant is a Tennessee limited liability company with its principal place of business in Goodlettsville, Tennessee. Defendant's "nerve center" is also in Tennessee.

5. According to the Complaint, Plaintiff is a resident of Maricopa County, Arizona. Compl. at ¶ 1.

6. According to the Complaint, Plaintiff seeks compensation for an alleged incident at a store located at 5136 W. Peoria Avenue, Glendale, Arizona 85302, which she alleges caused severe bodily injuries, lost wages, loss of earning capacity, pain and suffering, and future medical expenses. Prior to filing suit, Plaintiff made a pre-litigation settlement offer of $250,000. Plaintiff also disclosed medical expenses alone in excess of $53,000.

7. Therefore, this Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332(a) in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Based on this allegation and those contained in the Complaint, this action may be removed to this Court pursuant to the provisions in 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed with this Court.

9. Written notice of the filing of the original Notice of Removal was given to all adverse parties as required by law and a true and correct copy of the original Notice was filed with the Clerk of the Superior court of the State of Arizona, in and for the County of Maricopa.

WHEREFORE, Defendant DG Retail, LLC respectfully requests that this action be removed to this Court.

2

10315908.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 21st day of March, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Patrick C. Gorman
    Patrick C. Gorman
    Kathryn L. Hunnicutt
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Defendant DG Retail, LLC

3

10315908.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Amara W. Edblad
Ashley A. Ploof
PINCUS & ASSOCIATES, P.C.
2133 E. Warner Road, Suite 101
Tempe, AZ 85284
AEdblad@theinjuryshield.com
APloff@theinjuryshield.com
Attorneys for Plaintiff


/s/ Nancy Rogitz

10315908.1