# EXHIBIT B

Clerk of the Superior Court
*** Electronically Filed ***
D. Hill, Deputy
2/24/2022 8:54:58 AM
Filing ID 13974634

Person/Attorney Filing: Amara Edblad
Mailing Address: 2133 E Warner Rd Ste 101
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)777-2599
E-Mail Address: tmulhall@theinjuryshield.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 029035, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Julia Ruiz
Plaintiff(s),
v.
DG Retail, LLC
Defendant(s).

Case No.  **CV2022-090778**

**SUMMONS**

To: DG Retail, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,</u> <u>Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's</u> <u>approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u> Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *February 24, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *DENISE HILL*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
D. Hill, Deputy
2/24/2022 8:54:58 AM
Filing ID 13974631

PINCUS & ASSOCIATES, P.C.
By:    Amara W. Edblad, Esq. (029035)
       AEdblad@theinjuryshield.com
       Ashley A. Ploof, Esq. (034807)
       APloof@theinjuryshield.com
2133 East Warner Road, Suite 101
Tempe, Arizona 85284
(480) 777-2599
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| **JULIA RUIZ,** a married woman, | **Case No.   CV2022-090778** |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| **DG RETAIL, LLC; JOHN and JANE DOES I-X; ABC Corporations, XYZ Partnerships,** | |
| Defendants. | |

COMES NOW the Plaintiff, by and through her attorney undersigned, and for her cause of action against the Defendant(s) alleges as follows:

**GENERAL ALLEGATIONS**

**I**

The Plaintiff is a resident of Phoenix, Maricopa County, Arizona.

**II**

Defendant DG RETAIL, LLC is believed to be duly authorized corporations authorized to conduct business in the state of Arizona, and the events described herein occurred in Glendale, Maricopa County, Arizona.  Plaintiff does not know the true names and capacities, whether corporate, associates or individual, of the Defendants sued herein by fictitious names. Plaintiff prays leave to insert the true names and capacities of said Defendants designated herein as fictitious

1

Defendants that may be responsible in some manner for the events and happenings herein referred to and wrongfully caused injuries and damages proximately and legally thereby to Plaintiff as is hereinafter alleged. Additionally, any non-party designated by a Defendant is to be considered a fictitiously named Defendant herein.

### III

Defendants John and Jane Does I-X; ABC Corporations and XYZ Partnerships are fictitiously named persons, entities, presidents, officers or owners whose action or actions or relationship to Defendant(s) DG RETAIL, LLC may render them liable to Plaintiff for her injuries and damages herein complained of. Plaintiff reserves the right to amend the Complaint to reflect their true names when they become known to the Plaintiff. Additionally, any non-party designated by a Defendant is to be considered a fictitiously named Defendant herein.

### IV

The actions, omissions and conduct giving rise to this cause of action occurred in Maricopa County, State of Arizona, and this Court has subject matter and personal jurisdiction. Venue is appropriate in Maricopa County pursuant to A.R.S. § 12-401.

### V

Plaintiff demands a jury trial.

### VI

Plaintiff certifies that her damages qualify for Tier 2 pursuant to the parameters outlined in Arizona Rules of Civil Procedure 26.2.

### COUNT ONE

### VII

Plaintiff repeats each and every allegation set forth in the General Allegations and other counts of this Complaint set forth in full.

2

**VIII**

On or about May 18, 2020, at approximately 7:53pm, Plaintiff RUIZ was shopping at one of Defendant's retail locations located at 5136 W Peoria Ave, Glendale, 85302 in Maricopa County, Arizona. As Plaintiff RUIZ was standing in an aisle, a box from the top of a top shelf fell and landed on Plaintiff's head causing injuries.

**IX**

At all times mentioned herein Plaintiff RUIZ was a business invitee of Defendants.

**X**

Defendants failed to discover and correct or warn of hazards which Defendants should have reasonably foreseen as endangering Plaintiff RUIZ.

**XI**

Defendants failed to maintain its interior in a reasonably safe manner, failed to reasonably inspect the dangerous conditions which were present, created a dangerous condition, and failed to meet its duties owed to Plaintiff RUIZ.

**XII**

Procedures used by Defendants in inspecting the interior for dangerous conditions were inadequate and did not meet the standard of care an invitee would reasonably expect. Defendants' mode of operation was negligent, and without limitation, permitted a dangerous condition to be present.

**XIII**

Defendants were negligent in other ways not herein set forth in detail. The carelessness and negligence of Defendants, in the manner and under such circumstances as aforesaid, was the proximate cause of the personal injuries described herein.

3

## XIV

As a result of the negligence of the Defendants, Plaintiff RUIZ sustained serious and permanent personal injuries, the nature and extent of which are not presently known.

## XV

As a further result of the negligence of the Defendant(s), Plaintiff RUIZ has incurred and will continue to incur expenses for medical treatment; has suffered great bodily pain and suffering, the extent of which is unknown at this time; has suffered and will continue to suffer great and grievous mental and physical pain and anguish; has suffered a loss of income and loss of earning capacity; and that the total amount of said Plaintiff's damages are unknown at this time.

**WHEREFORE**, Plaintiff RUIZ prays that judgment be entered against the Defendant(s) as follows:

1.  For an award of general damages in an amount sufficient to compensate Plaintiff RUIZ for the pain, suffering, and disability (past and future), hedonic damages, and those set forth in RAJIs;

2.  For an award of special damages in amount equal to lost earnings and future lost earnings together with expenses of medical treatment and cost of future medical treatment and therapy;

3.  For all costs incurred in the bringing of this action pursuant to A.R.S. §12-341;

4.  For interest on the total judgment at the highest legal rate to be paid; and

5.  Such other and appropriate relief as the Court may deem just and proper.

DATED this __24_ day of February, 2022.

Pincus & Associates, P.C.

_/s/ Amara W. Edblad_____
By: Amara W. Edblad
     Attorney for Plaintiff

4

Clerk of the Superior Court
*** Electronically Filed ***
D. Hill, Deputy
2/24/2022 8:54:58 AM
Filing ID 13974633

Person/Attorney Filing: Amara Edblad
Mailing Address: 2133 E Warner Rd Ste 101
City, State, Zip Code: Tempe, AZ 85284
Phone Number: (480)777-2599
E-Mail Address: tmulhall@theinjuryshield.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 029035, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Julia Ruiz
Plaintiff(s),

v.

DG Retail, LLC
Defendant(s).

Case No. **CV2022-090778**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Amara Edblad /s/
Plaintiff/Attorney for Plaintiff